UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60558-CIV-ROSENBAUM/HUNT

JOE HOUSTON,

        Plaintiff,

v.

PLAZA AT CORAL SPRINGS LLC,

        Defendant.
_____/

### ORDER REQUIRING SUPPLEMENTAL CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

On March 11, 2013, Plaintiff filed a Complaint alleging violations by Defendant of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181 *et seq*. On March 27, 2013, Plaintiff filed an Amended Verified Statement Regarding Prior Filings Under the ADA [D.E. 10] indicating one previous ADA suit against Defendant. In light of the Amended Statement, the Court deems it advisable to require of Plaintiff's counsel a verified statement reflecting the following:

1. Regarding the lawsuit identified in the Amended Statement, counsel should state the present status of that litigation (if pending) and, if not pending, the details of the disposition (*i.e.*, settlement, dismissal, other).

2. If that litigation was disposed of by settlement, counsel is required to furnish, in response to this Order, specific details of the settlement, including any agreement for attorney's fees, costs and expenses, either known to him or ascertainable by him with reasonable inquiry. Copies of these documents should be furnished in the response that counsel will file to this inquiry.

3. Counsel shall state whether or not Defendant (and/or property owned by Defendant and

the subject-matter of this suit) have complied with any settlement in the prior litigation (or not) and if not, what remains to be done under the prior litigation.

4. Counsel shall also state what efforts were made by the Plaintiff and Defendant to enforce the terms of any settlement in the prior litigation. Namely, did the property owner make the necessary repairs to the property to bring it in compliance with the ADA, and if not, what efforts did the plaintiff in the prior litigation make to seek enforcement of the settlement of that litigation (be it order of contempt or otherwise)?

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's counsel shall file with the Clerk of the Court the verified statement responding to the questions promulgated above on or before April 10, 2013.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 28th day of March 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record